In the Matter of ARNOLD REUBEN, INC., Respondent, against STATE LIQUOR AUTHORITY et al., Appellants.

Argued February 28, 1945; decided April 5, 1945.

*Henry V. Doell, Elvin N. Edwards* and *John Di Leonardo* for appellants.

*A. Walter Socolow, Benjamin Pepper* and *Arthur Goodman* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.